# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO





MILTON ALVAREZ,

    VS.                                CIVIL NO. 99-1020 (JAF)

PUERTO RICO PORTS AUTHORITY,

## DESCRIPTION OF MOTION

DATE FILED: 8/20/99  DOCKET: 8

[ ] Plaintiff(s)
[X] Defendant(s)

TITLE: MOTION REQUESTING AN EXTENSION OF TIME TO CONCLUDE THE DISCOVERY.

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: Both docket doc's 8 & 9 are granted

DATE: 9/29/99

JOSE ANTONIO FUSTE
U. S. DISTRICT JUDGE

2