# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



MILTON ALVAREZ

    VS.                        CIVIL NO. 99-1020 JAF

PUERTO RICO PORTS AUTHORITY,

RECEIVED & FILED
1999 NOV 15 AM 7:42
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## DESCRIPTION OF MOTION

| DATE FILED: | DOCKET: | TITLE: |
|---|---|---|
| [ ] Plffs. | [ ] Defts. | |

### O-R-D-E-R

THE PRETRIAL CONFERENCE IN THIS CASE SHALL BE HELD ON JANUARY 20, 2000, AT 1:30 P.M.

_____11/12/99_____          _____
DATE                             JOSE A. FUSTE
                                 U.S. DISTRICT JUDGE