# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO





MILTON ALVAREZ

VS.

CIVIL NO. 99-1020 (JAF)

P.R PORTS AUTHORITY

## DESCRIPTION OF MOTION

**DATE FILED:** 01/11/00   **DOCKET #:** 13   **TITLE:** MOTION by P.R. Ports Authority to Extend Time to file PTO

[ ] Plaintiff(s)
[x] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: Granted, the Pretrial Conf shall be held on March 23, 2000, at 1:30 P.M.

1-20-2000
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE