UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

MILTON ALVAREZ,

    Plaintiff,

v.

PUERTO RICO PORTS AUTHORITY,

    Defendant.

Civil No. 99-1020 (JAF)

## **JUDGMENT**

Plaintiff's "Motion for Voluntary Dismissal," filed on March 20, 2000, <u>Docket Document No. 16</u>, is **GRANTED**. Judgment is entered dismissing this case without prejudice.

San Juan, Puerto Rico, this 23rd day of March, 2000.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)