## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



**Milton Alvarez**
**Plaintiff**

v.

**Puerto Rico Ports Authority**
**Defendant**

**CIVIL CASE: 99-1020 (JAF)**

| DESCRIPTION OF MOTIONS ||| 
|---|---|---|
| Date: 03/29/00 | Docket#: 18 | Motion Requesting Payment of Costs |
| By: Defendant | | |
| **O-R-D-E-R** |||
| ☐ GRANTED |||
| ☐ DENIED |||
| ☐ NOTED |||
| ☐ MOOT |||
| DENIED.  A dismissal without prejudice (See Docket # 17), does not render defendant a prevailing party for purposes of the award of costs.  See, 10 Moore's Federal Practice, § 54.171[3][c][iv] (Matthew Bender 3d ed.) |||

*02/22/05*
**Date**

*s/ José A. Fusté*
**José A. Fusté**
**Chief U.S. District Judge**